IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN DENISE EDELMAN | : | CIVIL ACTION |
| | : | NO. 10-2589 |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY | : | |

## ORDER

AND NOW, this 8th day of May, 2012, upon consideration of plaintiff's brief in support of request for review, defendant's response, the Report and Recommendation of Magistrate Judge Henry S. Perkin and plaintiff's objections to the Report and Recommendation, it is ORDERED that:

1) the Report and Recommendation is APPROVED and ADOPTED;

2) plaintiff's objections to the Report and Recommendation are OVERRULED; and

3) the decision of the Commissioner of Social Security is AFFIRMED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.